tute for judicial reasoning. The only aspect of the disclaimer that could conceivably be regarded as going beyond what the rehearing statement purports to approve is the explicit mention—as an example—of "the Biblical version of Creation." To think that this reference to (and plainly not endorsement of) a reality of religious literature—and this use of an example that is not a contrived one, but to the contrary the example most likely to come into play—somehow converts the otherwise innocuous disclaimer into an establishment of religion is quite simply absurd.

In *Epperson* v. *Arkansas*, 393 U. S. 97 (1968), we invalidated a statute that forbade the teaching of evolution in public schools; in *Edwards* v. *Aguillard*, 482 U. S. 578 (1987), we invalidated a statute that required the teaching of creationism whenever evolution was also taught; today we permit a Court of Appeals to push the much beloved secular legend of the Monkey Trial one step further. We stand by in silence while a deeply divided Fifth Circuit bars a school district from even suggesting to students that other theories besides evolution—including, but not limited to, the Biblical theory of creation—are worthy of their consideration. I dissent.

No. 99–1460. WATTS *v.* NETWORK SOLUTIONS, INC., 529 U. S. 1088;

No. 99–1631. ICELAND STEAMSHIP CO., LTD.-EIMSKIP *v.* DEPARTMENT OF THE ARMY ET AL., 529 U. S. 1112;

No. 99–8278. IN RE BARDELLA, 529 U. S. 1065;

No. 99–8349. WINGATE *v.* TEXAS, 529 U. S. 1090;

No. 99–8408. LEONE *v.* KERLEY ET AL., 529 U. S. 1076;

No. 99–8546. REYNOLDS *v.* ROONEY ET UX., 529 U. S. 1092; and

No. 99–8626. COLLINS *v.* G/H CONTRACTING CO. ET AL., 529 U. S. 1116. Petitions for rehearing denied.

JUNE 20, 2000

No. 99–9990 (99A1031). PROVENZANO *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the petition for writ of certiorari and the application for stay of execution.